No. 680 July 30, 2025 303

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JENNIFER ROSE BLOOD,
*Defendant-Appellant.*

Lincoln County Circuit Court
23CR05512; A184147

Marcia L. Buckley, Judge.

Submitted June 13, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and David O. Ferry, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant pleaded guilty to failure to perform the duties of a driver after causing property damage, ORS 811.700, and entered into diversion, which was subsequently terminated for failure to complete drug and alcohol treatment. Defendant was sentenced to 24 months of bench probation and her license was suspended for 90 days. Her appointed counsel filed a brief pursuant to ORAP 5.90(4) and *State v. Balfour,* 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Having reviewed the record, including the trial court file and the transcript of the hearings, and having reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.